1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN E. BRACAMONTE,                    No. CIV S-10-0503-CMK-P

12            Plaintiff,

13      vs.                                 <u>ORDER</u>

14   A. WOHLERS,

15            Defendant.

16   _____/

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18   U.S.C. § 1983.   On June 1, 2010, the court directed plaintiff to file an amended complaint within

19   30 days.  Plaintiff was warned that failure to file an amended complaint may result in dismissal

20   of this action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local

21   Rule 110.  To date, plaintiff has not filed an amended complaint.

22   ///

23   ///

24   ///

25   ///

26   ///

Plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to file an amended complaint.  Plaintiff is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

IT IS SO ORDERED.

DATED: July 22, 2010

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2